UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ALLAN LEE HOLT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-CV-00087-JRG-DCP |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

This matter is before the Court on United States Magistrate Judge Debra C. Poplin's Report and Recommendation [Doc. 20]. Magistrate Judge Poplin recommends the Court deny Plaintiff's Motion for Judgment on the Pleadings [Doc. 15] and grant the Acting Commissioner's Motion for Summary Judgment [Doc. 17]. None of the parties has timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having carefully reviewing the record, the Court agrees with Magistrate Judge Poplin's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, Plaintiff's Motion for Judgment on the Pleadings [Doc. 15] is **DENIED** and the Acting Commissioner's Motion for Summary Judgment [Doc. 17] is **GRANTED**. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk